IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM J. USITALO, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 306-CV-1840-AH |
| | § | Referred to the U. S. Magistrate Judge |
| JAMES R. EDDINGS and, GALT MEDICAL | § | |
| CORP., | § | JURY - ECF |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

After having considered the Agreed Motion to Dismiss with Prejudice James R. Eddings filed by Plaintiff William J. Usitalo and Defendant James R. Eddings, the Court finds that the Motion should be granted.

Therefore, the Court ORDERS, ADJUDGES, AND DECREES that all claims and causes of action asserted by Plaintiff against Defendant James R. Eddings in the above-styled lawsuit be, and are hereby, dismissed with prejudice to the re-filing of same.

The Court FURTHER ORDERS, ADJUDGES AND DECREES that all claims and causes of action asserted by Defendant James R. Eddings against Plaintiff in the above-styled lawsuit be, and are hereby, dismissed with prejudice to the re-filing of same.

The Court FURTHER ORDERS, ADJUDGES, AND DECREES that costs of Court be, and are hereby, taxed against the party incurring same.

The Court FURTHER ORDERS, ADJUDGES, AND DECREES that this lawsuit be, and is hereby, dismissed in its entirety as to Defendant James R. Eddings.  Plaintiff's claims and causes of action as to Defendant Galt Medical Corporation ("Galt"), and all of Galt's defenses and claims for fees and costs against Plaintiff, remain and are unaffected by this dismissal.

SIGNED AND ENTERED this 24th day of January, 2007.

_____
United States Magistrate Judge

**APPROVED BY**:

**THE ROBINSON LAW FIRM**

____/s/ Michael E. Robinson_____
Michael E. Robinson
State Bar No. 17102700
2704 Sherrill Park Ct.
Richardson, Texas 75082
Telephone:  972/918-0007
Facsimile:  972/918-9995

**ATTORNEYS FOR  PLAINTIFF**
**WILLIAM J. USITALO**

**HALLETT & PERRIN, P.C.**

__/s/ Edward P. Perrin, Jr._____
Edward P. Perrin, Jr.
State Bar No. 15796700
2001 Bryan Street, Suite 3900
Dallas, Texas 75201
Telephone -- (214) 953-0053
Facsimile -- (214) 922-4141

**ATTORNEYS FOR DEFENDANT**
**JAMES R. EDDINGS**