IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM USITALO | ) | |
| | ) | |
| V. | ) | 3-06-CV-1840-AH |
| | ) | |
| GALT MEDICAL CORPORATION | ) | |

## JUDGMENT

Pursuant to the written consents of the parties, the District Court's order of transfer of January 22, 2007, and the Agreed Motion to Dismiss With Prejudice Defendant Galt Medical Corporation filed on May 25, 2007,

It is ORDERED, ADJUDGED AND DECREED that this cause be, and it is hereby dismissed with prejudice as to all claims and causes of action asserted by Plaintiff and Defendant and vice versa, with each party to bear its own costs.

A copy of this judgment shall be transmitted to counsel for the parties.

SIGNED this 29th day of May, 2007.

*Wm. F. Sanderson, Jr.*
_____
UNITED STATES MAGISTRATE JUDGE